UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>BRIDGEPOINT EDUCATION, INC.; ANDREW S. CLARK; KEVIN ROYAL; JOSEPH L. D'AMICO;<br><br>                              Defendants. | Case No.:  19cv460-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On March 8, 2019, Plaintiff Shiva Stein filed a Complaint against Defendants Bridgepoint Education, Inc.; Andrew S. Clark; Kevin Royal; and Joseph L. D'Amico. (ECF No. 1).  On March 11, 2019, the summons was issued. (ECF No. 2).  The docket reflects that no proof of service has been filed.

"Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." *Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co.*, 484 U.S. 97, 104 (1987).  Federal Rule of Civil Procedure 4 governs the service of summons in federal courts.

1

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4.

This Order constitutes notice to Plaintiff that the Court will dismiss this action without prejudice unless, no later than June 26, 2019, Plaintiff files either (1) proof that service of the summons and complaint was timely effectuated or (2) a declaration under penalty of perjury showing good cause for failure to timely effect service upon the Defendants accompanied by a motion for leave to serve process outside of the 90-day period.

In addition, the Court denies the motion for appointment of lead plaintiff and approval of counsel filed by Plaintiff. (ECF No. 3). The motion is premature at this stage in the proceedings and is denied without prejudice, with leave to refile after service is properly effectuated.

Dated:  June 11, 2019

Hon. William Q. Hayes
United States District Court