

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SHIVA STEIN

Plaintiff,

v.

BRIDGEPOINT EDUCATION, INC., et al.

Defendant.

Case No. 19-CV-460-WQH-MSB

**PRO HAC VICE APPLICATION**

Plaintiff Shiva Stein
Party Represented

I, Aatif Iqbal (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Pomerantz LLP
Street address: 600 Third Avenue, Floor 20
City, State, ZIP: New York, New York 10016
Phone number: 212-661-1100
Email: aiqbal@pomlaw.com

That on 12/03/2012 (Date) I was admitted to practice before New York-First Department (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have ☒ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Aatif Iqbal
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Jennifer Pafiti
(Name)

310-405-7190
(Telephone)

Pomerantz LLP
(Firm)

1100 Glendon Avenue, Floor 15, Los Angeles, California 90024
(Street) (City) (Zip code)

/s/ Aatif Iqbal
(Signature of Applicant)

I hereby consent to the above designation.

/s/ Jennifer Pafiti
(Signature of Designee Attorney)