# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGEPOINT EDUCATION, INC.; ANDREW S. CLARK; KEVIN ROYAL; AND JOSEPH L. D'AMICO,<br><br>    Defendants. | Case No.: 3:19-cv-00460-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

On June 15, 2020, the Court granted the Motion to Dismiss filed by Defendants Bridgepoint Education, Inc.; Andrew S. Clark; Kevin Royal; and Joseph L. D'Amico (ECF No. 22). (ECF No. 26). The Court stated, in relevant part,

> IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendants Bridgepoint Education, Inc.; Andrew S. Clark; Kevin Royal; and Joseph L. D'Amico (ECF No. 22) is GRANTED. Plaintiff's Amended Complaint is DISMISSED without prejudice. Any motion for leave to file an amended pleading must be filed within 30 days of this Order.

1  *Id*. at 22.  The docket reflects that a motion for leave to file an amended pleading has not
2  been filed within this period.  The Clerk of Court is directed to close this case.

3  Dated: July 27, 2020

4  Hon. William Q. Hayes
5  United States District Court