

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shiva Stein Individually and On Behalf of All Others Similarly Situated | Civil Action No. 19-cv-00460-WQH-AHG |
| **Plaintiff,** | |
| V. | |
| Bridgepoint Education, Inc.; Andrew S. Clark; Kevin Royal; Joseph L. D'Amico | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Motion to Dismiss filed by Defendants Bridgepoint Education, Inc.; Andrew S. Clark; Kevin Royal; and Joseph L. D'Amico is GRANTED. The docket reflects that a motion for leave to file an amended pleading has not been filed within this period. The Clerk of Court is directed to close this case.

Date:   7/27/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy